(No. 21203.

THE PEOPLE *ex rel.* John H. Bain, Petitioner, *vs.* WILLIAM D. MEYERING, Sheriff, Respondent.

*Announced orally December 9, 1931.*

DENEEN, HEALY & LEE, for petitioner.

OSCAR E. CARLSTROM, Attorney General, for respondent.

Mr. CHIEF JUSTICE STONE announced the decision of the court:

The record in this case is identical with the record in *People* v. *Meyering*, (*ante*, p. 344,) and our conclusion is controlled by the opinion in that case.

The relator is discharged.

*Relator discharged.*